**DENY; and Opinion Filed February 10, 2017.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00077-CV

### IN RE CHARLES HARLEY ON BEHALF OF THE ESTATE OF NELLIE PEELE AND ON BEHALF OF ALL WRONGFUL DEATH BENEFICIARIES, Relator

**Original Proceeding from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-02641**

## MEMORANDUM OPINION

Before Justices Bridges, Fillmore, and Schenck
Opinion by Justice Schenck

Before the Court is relator's January 24, 2017 petition for writ of mandamus in which relator seeks review of the trial court's order denying relator's motion to compel certain discovery.

To be entitled to mandamus relief, a relator must show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). Based on the record before us, we conclude relator has not shown he is entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a); *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). Accordingly, we deny relator's January 24, 2017 petition for writ of mandamus.

/David J. Schenck/
DAVID J. SCHENCK
JUSTICE

170077F.P05